Wendy S. Neal (#019921)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6334
Facsimile: (602) 382-6070
E-mail: wneal@swlaw.com
Attorneys for Plaintiff The Dial Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| The Dial Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>S.C. Johnson & Son, Inc.,<br><br>            Defendant. | No.<br><br>**COMPLAINT**<br><br>(Jury Trial Demanded) |
|---|---|

Plaintiff The Dial Corporation ("Dial") for its Complaint against defendant S.C. Johnson & Son, Inc. ("SCJ") states as follows:

**NATURE OF THE ACTION**

1.  Dial brings this action seeking damages and injunctive relief arising from SCJ's infringement of United States Patent No. 6,104,867 ("the '867 Patent"), attached hereto as Exhibit A. This action arises under the patent laws of the United States, Title 35 U.S.C. § 1 *et seq.*

**PARTIES**

2.  Dial is a world-renowned consumer products company. It has domestic operations in more than ten states and foreign operations in five countries.

3.  Though incorporated in Delaware, Dial's principal place of business is in Scottsdale, Arizona. Dial's headquarters is located at 15501 North Dial Boulevard in Scottsdale, and its principal research facility, the Dial Center for Innovation, is located across the street at 15101 North Scottsdale Road.

4. SCJ is a Wisconsin corporation with a principal place of business in Racine, Wisconsin.

## JURISDICTION AND VENUE

5. This is an action for infringement of a United States patent. The Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1332(a), and 1338(a), and the United States Patent Act, 35 U.S.C. § 1 *et seq.* The amount in controversy exceeds the value of $75,000, exclusive of interest and costs.

6. Personal jurisdiction over defendant SCJ exists in this judicial district. SCJ is qualified to do business in the State of Arizona; is and has been doing business in this district at all times relevant hereto; and has regular and systematic contacts with this district. SCJ's business activities in this district include regularly selling the accused products to retailers in this district.

7. Venue is proper in this judicial District pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b).

## GENERAL ALLEGATIONS

8. The '867 Patent was validly and legally issued on August 15, 2000 in the name of the inventors, Kristopher J. Stathakis and Christopher J. Wolpert. The '867 Patent was assigned by the inventors to Dial in a written assignment that was recorded by the United States Patent & Trademark Office at Reel 010039, Frame 0705, on June 16, 1999. Dial is the owner of all right, title, and interest in and to the '867 Patent.

9. Dial and SCJ are competitors in the home air freshener market. Dial sells certain home air freshener products under the Renuzit® brand name. SCJ sells certain home air freshener products under the Glade® brand name.

10. The '867 Patent covers certain embodiments of home air fresheners.

11. On information and belief, SCJ has sold and continues to sell Glade® PlugIns® Scented Oil home air freshener products in retail outlets throughout the United States and this judicial district.

12. On information and belief, the Glade® PlugIns® Scented Oil home air

1  freshener products infringe at least one valid claim of the '867 Patent.

## COUNT ONE
## PATENT INFRINGEMENT
## [35 U.S.C. § 271 and § 281]

13. Dial incorporates by reference the preceding allegations of this Complaint.

14. On information and belief, SCJ's manufacture, sale, and offer for sale of the Glade® PlugIns® Scented Oil home air freshener products constitute infringement of the '867 Patent, either directly or indirectly, literally, or under the doctrine of equivalents.

15. SCJ's activities have caused and continue to cause substantial harm to Dial.

16. If SCJ's activities are not enjoined, Dial will suffer irreparable harm that cannot be adequately compensated by a monetary award of damages.

## PRAYER FOR RELIEF

WHEREFORE, Dial respectfully requests the following relief from the Court:

A.  Judgment that SCJ's Glade® PlugIns® Scented Oil home air freshener products infringe at least one valid claim of United States Patent No. 6,104,867;

B.  An order preliminarily and permanently enjoining SCJ and its affiliates, subsidiaries, officers, directors, agents, employees, representatives, licensees, successors, assigns, and all those acting for SCJ or on its behalf, or acting in concert with SCJ, directly or indirectly, from making, using, selling, offering to sell, and/or importing Glade® PlugIns® Scented Oil home air freshener products and/or any other air freshener product that infringes the '867 Patent;

C.  An award of damages, together with interest, to Dial in an amount adequate to compensate Dial for SCJ's infringement of the '867 Patent, as provided under 35 U.S.C. § 284;

D.  A determination that this is an exceptional case and an award of attorneys' fees and costs incurred in connection with this action under 35 U.S.C. § 285; and

E.  For such additional relief as the Court deems just under the circumstances.

## JURY DEMAND

Plaintiff hereby requests trial by jury on all issues.

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 18th day of June, 2008. |
| 2 | SNELL & WILMER L.L.P. |
| 4 | By *s/Wendy S. Neal* |
| 5 | Wendy S. Neal<br>One Arizona Center |
| 6 | 400 E. Van Buren<br>Phoenix, AZ  85004-2202 |
| 7 | Attorneys for The Dial Corporation |

**Snell & Wilmer**
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

Lines numbered 1–28.

8869974

- 4 -

COMPLAINT